BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYLA DERENNE, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CAROLYN W. COLVIN,[1] ) </br> Commissioner of ) </br> Social Security, ) </br> ) </br> Defendant. ) </br> _____) | Case No. 2:13-CV-00183-AC </br></br> STIPULATION FOR EXTENSION OF TIME AND ORDER |

Defendant respectfully requests that the Court permit Defendant to file her Response to Plaintiff's Summary Judgment on November 24, 2013. Defendant's Response to Plaintiff's Summary Judgment Motion was due September 1, 2013.

Defendant's counsel has been out of the office intermittently during the last 3 months attending to a critically ill sibling. Additionally, at the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed. The same was true for most Executive agencies, including the Social Security Administration. Effective October 17, 2013, funds were appropriated for the Department of Justice and the Social

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Security Administration, and attorneys in both office are resuming their usual civil litigation functions.

Counsel apologizes to the Court for his delay in filing the Commissioner's Summary Judgment Motion.

Dated: October 24, 2013   *Rick Peasley*
*(Authorized on October 24, 2013, 2013 by telephone)*
RICK PEASLEY
Attorney for Plaintiff

Dated:  October 24, 2013   BENJAMIN B. WAGNER
United States Attorney
DONNA M. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

        APPROVED AND SO ORDERED.

DATED: October 31, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;dere0183.eot.stip